

# NUMBER 13-19-00418-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MICHAEL PATRICK LEE,**                                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                              **Appellee.**

### On appeal from the 28th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Tijerina

This appeal was abated on March 2, 2020. Subsequently, appellant, Michael Patrick Lee, by and through his counsel filed a motion to dismiss requesting his appeal be dismissed. Defendant approved the motion by signature.

Accordingly, this case is hereby REINSTATED. Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate

Procedure 42.2(a) and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA,
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of April, 2020.